# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-108-2 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| CEARIES MONIQUE MOON | ) | Magistrate Judge Dumitru |

## ORDER

U.S. Magistrate Judge Michael J. Dumitru filed a Report and Recommendation [Doc. 59] recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to a portion of Count One of the Superseding Indictment; (2) accept Defendant's guilty plea to a portion of Count One of the Superseding Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; (4) defer a decision on whether to accept the plea agreement [Doc. 50] until sentencing; and (5) order that Defendant remain in custody pending sentencing or further order of the Court.

No party has objected to the Report & Recommendation, and the time for doing so has since expired. The Court has nevertheless reviewed the record and agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation [Doc. 59] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to a portion of Count One of the Superseding Indictment is **GRANTED**;

1

2. Defendant's plea of guilty to a portion of Count One of the Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **October 23, 2025, at 10:00 a.m. ET**.

   **SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**